FILED IN CHAMBERS
U.S.D.C. - Rome
NOV 29 2013
JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BANK OF AMERICA, N.A.,

    Appellant,

v.

PAMELA FAE PEELE,

    Appellee.

CIVIL ACTION

NO. 1:13-CV-3853-RLV

O R D E R

The undersigned does hereby RECUSE himself from further consideration of this case.

SO ORDERED, this 29th day of November, 2013.

ROBERT L. VINING, JR.
Senior United States District Judge