## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

BANK OF AMERICA,

        Appellant,

vs.

PAMELA FAE PEELE,

        Appellee.

CIVIL ACTION FILE

NO. 1:13-cv-3853-RLV

### NOTICE TO ALL COUNSEL OF RECORD

The above styled case was reassigned to the Honorable Julie E. Carnes from the Honorable Robert L. Vining, Jr. pursuant to the court's order of November 29, 2013. The civil action number assigned to this case has been changed to **1:13-cv-3853-JEC** (emphasis added to indicate change). Please make note of this change in order to facilitate the docketing of pleadings in this case.

Dated at Atlanta, Georgia this 2nd day of December, 2013.

        JAMES N. HATTEN
        CLERK OF COURT

By:  s/Jill Ayers
      Deputy Clerk

cc:    Honorable Julie E. Carnes