UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA FAE PEELE, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 12-81760-WLH |
| BANK OF AMERICA, N.A., | |
| Appellant, | ADVERSARY NO. |
| vs. | |
| PAMELA FAE PEELE, | CIVIL ACTION FILE |
| Appellee. | NO. 1:13-cv-3853-JEC |

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of appellant's Motion for Order Affirming Decision of Bankruptcy Court, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Order Granting Motion to Determine Secured Status of Claim of Junior Lien Holder Bank of America, N.A. entered in the United States Bankruptcy Court for the Northern District of Georgia by Judge Wendy L. Hagenau on October 18, 2013 is **AFFIRMED.**

Dated at Atlanta, Georgia this 23rd day of December, 2013.

JAMES N. HATTEN
CLERK OF COURT

By:   *s/Denise D.M. McGoldrick*
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 23, 2013
James N. Hatten
Clerk of Court

By:*s/Denise D.M. McGoldrick*
        Deputy Clerk