UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Pamela Fae Peele,<br><br>    Debtor.<br><br>Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Pamela Fae Peele,<br><br>    Appellee. | Case No. 13-cv-03853-JEC |

**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a) and 6, Appellant Bank of America, N.A. hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final order of the United States District Court for the Northern District of Georgia (Carnes, J.) and judgment entered in this case on December 16 and 23, 2013 [Dkt. # 7, 8], affirming the October 18, 2013, order entered by the United States Bankruptcy Court for the Northern District of Georgia (Hagenau, J.) (No. 12-81760, Dkt. # 52).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| **Appellant** | **Counsel** |
|---|---|
| Bank of America, N.A. | J. Kelsey Grodzicki<br>Rubin Lublin LLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, Georgia 30092<br>(770) 246-3324<br><br>*and*<br><br>Craig Goldblatt<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| **Appellee** | **Counsel** |
| Pamela Fae Peele | E.L. Clark<br>Clark & Washington, P.C.<br>Bldg. 3<br>3300 Northeast Expressway<br>Atlanta, Georgia 30341<br>(404) 220-0685 |

Respectfully submitted this 23rd day of December, 2013.

*/s/ J. Kelsey Grodzicki*
J. KELSEY GRODZICKI
Georgia Bar No. 134259
Rubin Lublin LLC
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia  30092
(770) 246-3324

CRAIG GOLDBLATT
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
(202) 663-6000

*Counsel for Bank of America, N.A.*

## **FONT CERTIFICATION**

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 23rd day of December, 2013.

>  */s/ J. Kelsey Grodzicki*
>  J. KELSEY GRODZICKI
>  Georgia Bar No. 134259
>
>  *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 23rd day of December, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E.L. Clark
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expressway
Atlanta, Georgia 30341

        */s/ J. Kelsey Grodzicki*
        J. KELSEY GRODZICKI
        Georgia Bar No. 134259

        *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com