# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Pamela Fae Peele,<br><br>      Debtor. | Case No. 13-cv-03853-JEC |
| Bank of America, N.A.,<br><br>      Appellant,<br><br>v.<br><br>Pamela Fae Peele,<br><br>      Appellee. | |

## BANK OF AMERICA, N.A.'S STATEMENT OF ISSUE AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL TO THE ELEVENTH CIRCUIT ON APPEAL

Appellant Bank of America, N.A. hereby submits this Statement of Issues and Designation of Record On Appeal with respect to this appeal of the final order and judgment of the United States District Court for the Northern District of Georgia (Carnes, J.), entered on December 16 and 23, 2013.

## STATEMENT OF ISSUE

Bank of America states that this appeal presents the following issue:

1

**Whether the Bankruptcy Code permits a chapter 7 debtor to "strip off" a junior mortgage lien when the value of the property securing that lien is less than the amount of outstanding debt secured by a senior mortgage lien on the property.**

## DESIGNATION OF RECORD ON APPEAL

Bank of America designates the following items for inclusion in the record of this appeal:

*In re Pamela Fae Peele*
**Case No. 12-81760-wlh (Bankr. N.D. Ga)**

| Filing Date | Docket No. | Docket Text |
|---|---|---|
| July 29, 2013 | 42 | Motion to Strip Lien with Bank of America, NA filed by E. L. Clark on behalf of Pamela Fae Peele. Hearing to be held on 8/29/2013 at 10:30 AM in Courtroom 1403, Atlanta, (Clark, E.) Modified text on 7/30/2013 (srw). |
| Oct. 9, 2013 | 49 | Response to Motion *and Motion to Hold in Abeyance Debtor's Motion to Determine Secured Status* filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. (Attachments: # 1 Exhibit "A" - Text of Proposed Order)(related document(s)42 Motion to Strip Lien filed by Pamela Fae Peele) (Grodzicki, J.) |
| Oct. 18, 2013 | 52 | Order GRANTING Motion to Determine Secured Status of Claim of Junior Lien Holder Bank of America, N.A. (Related Doc # 42) Service by BNC. Entered on 10/18/2013. (lhd) |

| Oct. 21, 2013 | 54 | Notice of Appeal to District Court. Fee Amount $298 filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. Appellant Designation due by 11/4/2013, submission due by 11/20/2013, (related document(s)52 Order on Motion to Strip Lien)(Grodzicki, J.) |
| --- | --- | --- |
| Oct. 21, 2013 | 56 | Statement of Issues on Appeal *and Designation of the Record on Appeal* filed by J. Kelsey Grodzicki on behalf of BANK OF AMERICA, N.A.. (Grodzicki, J.) |

*Bank of America, N.A. v. Pamela Fae Peele*
**Case No. 1:13-cv-03853-JEC (N.D. Ga)**

| Filing Date | Docket No. | Docket Text |
| --- | --- | --- |
| Nov. 22, 2013 | 3 | MOTION for Order *Affirming Decision of Bankruptcy Court* with Brief In Support by Bank of America, N.A.. (Attachments: # 1 Exhibit "A" - Order, # 2 Exhibit "B" - Text of Proposed Order)(Grodzicki, Joseph) (Entered: 11/22/2013) |
| Dec. 16, 2013 | 7 | ORDER granting 3 Bank of America's Motion for Summary Affirmance Subject to Appellate Review. Signed by Judge Julie E. Carnes on 12/16/13. (ddm) (Entered: 12/16/2013) |
| Dec. 23, 2013 | 8 | CLERK'S JUDGMENT entered affirming the Order entered on October 18, 2013 in USBC. (ddm)--Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 12/23/2013) |
| Dec. 23, 2013 | 9 | NOTICE OF APPEAL as to 7 Order on Motion for Order, 8 Clerk's Judgment by Bank of America, N.A.. Filing fee $ 505, receipt number 113E-4948818. Transcript Order Form |

| | | due on 1/6/2014 (Grodzicki, Joseph) (Entered: 12/23/2013) |
|---|---|---|

Respectfully submitted, this 23rd day of December, 2013.

*/s/ J. Kelsey Grodzicki*
J. Kelsey Grodzicki
Georgia Bar No. 134259
Rubin Lublin LLC
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia  30092
(770) 246-3324

and

Craig Goldblatt
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C.  20006
(202) 663-6000

*Counsel for Bank of America, N.A.*

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 23rd day of December, 2013.

>   */s/ J. Kelsey Grodzicki*
>   J. KELSEY GRODZICKI
>   Georgia Bar No. 134259
>
>   *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 23rd day of December, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E.L. Clark
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expressway
Atlanta, Georgia 30341

*/s/ J. Kelsey Grodzicki*
J. KELSEY GRODZICKI
Georgia Bar No. 134259

*Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com