# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

December 23, 2013

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

    U.S.D.C. No.: **1:13-cv-3853-JEC**
    U.S.C.A. No.: **00-00000**
    In re:    ***Bank of America, N.A. v. Pamela Fae Peele***

    Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ____ | This is not the first notice of appeal.  Other notices were filed on: . |
| ____ | There is no transcript. |
| ____ | The court reporter is . |
| ____ | There is sealed material as described below: . |
| ____ | Other: . |
| **X** | Fee paid on 12/23/13 . |
| ____ | Appellant has been  leave to file *in forma pauperis*. |
| ____ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ____ | The Magistrate Judge is . |
| ____ | The District Judge is . |
| ____ | This is a **DEATH PENALTY** appeal. |

                                              Sincerely,

                                              James N. Hatten
                                              District Court Executive
                                              and Clerk of Court

                                     By:    /s/   Elaine N. McFarland
                                                     Deputy Clerk

Enclosures