# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

December 23, 2013

John Ley, Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

      U.S.D.C. No.: 1:13-cv-3853-JEC
      U.S.C.A. No.: 00-00000
      In re:     *Bank of America, N.A. v. Pamela Fae Peele*

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | Certified copies of the notice of appeal, docket sheet and judgment and/or order appealed enclosed. |
| ___ | This is not the first notice of appeal.  Other notices were filed on: . |
| ___ | There is no transcript. |
| ___ | The court reporter is . |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | Fee paid on  12/23/13 . |
| ___ | Appellant has been  leave to file *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| ___ | The District Judge is . |
| ___ | This is a **DEATH PENALTY** appeal. |

                              Sincerely,

                              James N. Hatten
                              District Court Executive
                              and Clerk of Court

                        By:  /s/  Elaine N. McFarland
                              Deputy Clerk

Enclosures

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Pamela Fae Peele,<br><br>    Debtor.<br><br>Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Pamela Fae Peele,<br><br>    Appellee. | Case No. 13-cv-03853-JEC |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a) and 6, Appellant Bank of America, N.A. hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final order of the United States District Court for the Northern District of Georgia (Carnes, J.) and judgment entered in this case on December 16 and 23, 2013 [Dkt. # 7, 8], affirming the October 18, 2013, order entered by the United States Bankruptcy Court for the Northern District of Georgia (Hagenau, J.) (No. 12-81760, Dkt. # 52).

1

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Appellant | Counsel |
|---|---|
| Bank of America, N.A. | J. Kelsey Grodzicki<br>Rubin Lublin LLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, Georgia 30092<br>(770) 246-3324<br><br>*and*<br><br>Craig Goldblatt<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| **Appellee** | **Counsel** |
| Pamela Fae Peele | E.L. Clark<br>Clark & Washington, P.C.<br>Bldg. 3<br>3300 Northeast Expressway<br>Atlanta, Georgia 30341<br>(404) 220-0685 |

Respectfully submitted this 23rd day of December, 2013.

>*/s/ J. Kelsey Grodzicki*
>J. KELSEY GRODZICKI
>Georgia Bar No. 134259
>Rubin Lublin LLC
>3740 Davinci Court, Suite 150
>Peachtree Corners, Georgia 30092
>(770) 246-3324
>
>CRAIG GOLDBLATT
>Wilmer Cutler Pickering Hale & Dorr LLP
>1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
>(202) 663-6000
>
>*Counsel for Bank of America, N.A.*

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 23rd day of December, 2013.

>   */s/ J. Kelsey Grodzicki*
>   J. KELSEY GRODZICKI
>   Georgia Bar No. 134259
>
>   *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of December, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E.L. Clark
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expressway
Atlanta, Georgia 30341

                              */s/ J. Kelsey Grodzicki*
                              J. KELSEY GRODZICKI
                              Georgia Bar No. 134259

                              *Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Pamela Fae Peele,<br><br>    Debtor. | Case No. 13-cv-03853-RLV-JEC |
| Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Pamela Fae Peele,<br><br>    Appellee. | |

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order Granting Motion to Determine Secured Status of Claim of Junior Lien Holder Bank of America, N.A., ("Order") entered by the United States Bankruptcy Court for the Northern District of Georgia (Hagenau, J.) in this matter on October 18, 2013 is hereby AFFIRMED.

Date: Dec. 16, 2013

/s/ Julie E. Carnes

~~The Honorable Robert L. Vining, Jr.~~
United States District Court Judge
Julie E. Carnes

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAMELA FAE PEELE,<br><br>　　　　Debtor, | BANKRUPTCY CASE NO.<br>12-81760-WLH |
| BANK OF AMERICA, N.A.,<br><br>　　　　Appellant, | ADVERSARY NO. |
| vs. | |
| PAMELA FAE PEELE,<br><br>　　　　Appellee. | CIVIL ACTION FILE<br>NO. 1:13-cv-3853-JEC |

## J U D G M E N T

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of appellant's Motion for Order Affirming Decision of Bankruptcy Court, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Order Granting Motion to Determine Secured Status of Claim of Junior Lien Holder Bank of America, N.A. entered in the United States Bankruptcy Court for the Northern District of Georgia by Judge Wendy L. Hagenau on October 18, 2013 is **AFFIRMED.**

Dated at Atlanta, Georgia this 23rd day of December, 2013.

　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　By:　*s/Denise D.M. McGoldrick*
　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　December 23, 2013
James N. Hatten
Clerk of Court

By:*s/Denise D.M. McGoldrick*
　　　Deputy Clerk

5

0months,APPEAL,CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:13−cv−03853−JEC
*Internal Use Only*

| | |
|---|---|
| Bank of America, N.A. v. Peele | Date Filed: 11/20/2013 |
| Assigned to: Judge Julie E. Carnes | Date Terminated: 12/16/2013 |
| Case in other court:  USBC ND Georgia, 12−81760−WLH | Jury Demand: None |
| Eleventh Circuit, Not Assigned | Nature of Suit: 422 Bankruptcy Appeal (801) |
| Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA | Jurisdiction: Federal Question |

**Debtor**

**Pamela Fae Peele**

**Appellant**

**Bank of America, N.A.**          represented by   **Craig Goldblatt**
Wilmer Cutler Pickering Hale and Dorr−DC
1875 Pennsylvania Ave., NW
Washington, DC 20006
202−663−6000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kelsey Grodzicki**
Rubin Lublin LLC
Suite 150
3740 Davinci Court
Peachtree Corners, GA 30092
770−246−3300
Email: kgrodzicki@rubinlublin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Appellee**

**Pamela Fae Peele**          represented by   **Emory Lee Clark**
Clark &Washington
3300 N.E. Expressway
Building 3, Suite A
Atlanta, GA 30341
404−522−2222
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

1

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/20/2013 | 1 | | BANKRUPTCY RECORD RECEIVED on submission of Notice of Appeal filed 10/21/13, filed by Bank of America, N.A. from Order, entered on 10/18/13. (DESIGNATED ITEMS ATTACHED) (Attachments: # 1 Docket Sheet, # 2 Doc. 54 – Notice of Appeal, # 3 Doc. 52 – Order, # 4 Doc. 42, # 5 Doc. 51, # 6 Doc. 56, # 7 Doc. 57)(eop) Please visit our website at http://www.gand.uscourts.gov/forms to obtain Pretrial Instructions which includes the Consent To Proceed Before U.S. Magistrate form. Modified text on 11/21/2013 (eop). (Entered: 11/21/2013) |
| 11/21/2013 | 2 | | Bankruptcy Appeal Briefing Schedule Appellant Brief due by 12/5/2013. Appellee Brief due by 12/19/2013. Appellant Reply Brief due by 1/2/2014. (eop) (Entered: 11/21/2013) |
| 11/21/2013 | | | Clerks Certificate of Mailing as to Bank of America, N.A. and Pamela Fae Peele re 2 Bankruptcy Appeal Briefing Schedule (eop) (Entered: 11/21/2013) |
| 11/22/2013 | 3 | | MOTION for Order *Affirming Decision of Bankruptcy Court* with Brief In Support by Bank of America, N.A.. (Attachments: # 1 Exhibit "A" – Order, # 2 Exhibit "B" – Text of Proposed Order)(Grodzicki, Joseph) (Entered: 11/22/2013) |
| 11/29/2013 | 4 | | ORDER OF RECUSAL. Judge Robert L. Vining, Jr. recused. Case reassigned to Judge Julie E. Carnes for all further proceedings. NOTICE TO ALL COUNSEL OF RECORD: The Judge designation in the civil action number assigned to this case has been changed to 1:13–cv–3853–JEC. Please make note of this change in order to facilitate the docketing of pleadings in this case. Signed by Judge Robert L. Vining, Jr. on 11/29/13. (jpa) (Entered: 12/02/2013) |
| 12/02/2013 | 5 | | NOTICE of District Judge Reassignment. (jpa) (Entered: 12/02/2013) |
| 12/02/2013 | | | Clerks Certificate of Mailing to Craig Goldblatt and Emory Lee Clark re 5 Notice and 4 Order of Recusal (jpa) (Entered: 12/02/2013) |
| 12/05/2013 | 6 | | NOTICE Of Filing additional USBC records (documents 42, 51–52, 54, 56–57, 59). (ddm) (Entered: 12/06/2013) |
| 12/11/2013 | | | Submission of 3 MOTION for Order *Affirming Decision of Bankruptcy Court*, submitted to District Judge Julie E. Carnes. (ddm) (Entered: 12/11/2013) |
| 12/16/2013 | 7 | 4 | ORDER granting 3 Bank of America's Motion for Summary Affirmance Subject to Appellate Review. Signed by Judge Julie E. Carnes on 12/16/13. (ddm) (Entered: 12/16/2013) |
| 12/16/2013 | | | Clerks Certificate of Mailing to Craig Goldblatt and Emory Lee Clark re 7 Order. (ddm) (Entered: 12/16/2013) |
| 12/16/2013 | | | Civil Case Terminated. (ddm) (Entered: 12/23/2013) |
| 12/23/2013 | 8 | 5 | CLERK'S JUDGMENT entered affirming the Order entered on October 18, 2013 in USBC. (ddm)––Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist–– (Entered: 12/23/2013) |
| 12/23/2013 | | | Clerks Certificate of Mailing to Craig Goldblatt and Emory Lee Clark re 8 Clerk's Judgment. (ddm) |

| 12/23/2013 | 9 | 6 | NOTICE OF APPEAL as to 7 Order on Motion for Order, 8 Clerk's Judgment by Bank of America, N.A.. Filing fee $ 505, receipt number 113E–4948818. Transcript Order Form due on 1/6/2014 (Grodzicki, Joseph) (Entered: 12/23/2013) |
|---|---|---|---|
| 12/23/2013 | 10 | | DESIGNATION of Record on Appeal by Bank of America, N.A. re 9 Notice of Appeal Case Appealed to Eleventh Circuit Case Number Not Assigned. (Grodzicki, Joseph) (Entered: 12/23/2013) |
| 12/23/2013 | 11 | 11 | NOTICE Of Filing Notice of Appeal Transmittal Letter as to Bank of America, N.A. re 9 Notice of Appeal (fem) (Entered: 12/23/2013) |

3