Case 1:13-cv-03853-JEC Document 13 Filed 01/02/14 Page 1 of 9
Case: 13-15839 Date Filed: 12/23/2013 Page: 1 of 5
Case 1:13-cv-03853-JEC Document 9 Filed 12/23/13 Page 1 of 5

**13-15839G**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Pamela Fae Peele,<br><br>    Debtor.<br><br>Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Pamela Fae Peele,<br><br>    Appellee. | Case No. 13-cv-03853-JEC |

### NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. P. 3(a) and 6, Appellant Bank of America, N.A. hereby gives notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the final order of the United States District Court for the Northern District of Georgia (Carnes, J.) and judgment entered in this case on December 16 and 23, 2013 [Dkt. # 7, 8], affirming the October 18, 2013, order entered by the United States Bankruptcy Court for the Northern District of Georgia (Hagenau, J.) (No. 12-81760, Dkt. # 52).

1

6

Case 1:13-cv-03853-JEC   Document 13   Filed 01/02/14   Page 2 of 9
Case: 13-15839   Date Filed: 12/23/2013   Page: 2 of 5
Case 1:13-cv-03853-JEC   Document 9   Filed 12/23/13   Page 2 of 5

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| Appellant | Counsel |
|---|---|
| Bank of America, N.A. | J. Kelsey Grodzicki<br>Rubin Lublin LLC<br>3740 Davinci Court, Suite 150<br>Peachtree Corners, Georgia 30092<br>(770) 246-3324<br><br>*and*<br><br>Craig Goldblatt<br>Wilmer Cutler Pickering Hale & Dorr LLP<br>1875 Pennsylvania Ave., N.W.<br>Washington, D.C. 20006<br>(202) 663-6000 |
| **Appellee** | **Counsel** |
| Pamela Fae Peele | E.L. Clark<br>Clark & Washington, P.C.<br>Bldg. 3<br>3300 Northeast Expressway<br>Atlanta, Georgia 30341<br>(404) 220-0685 |

Case 1:13-cv-03853-JEC   Document 13   Filed 01/02/14   Page 3 of 9
Case: 13-15839    Date Filed: 12/23/2013    Page: 3 of 5
Case 1:13-cv-03853-JEC   Document 9   Filed 12/23/13   Page 3 of 5

Respectfully submitted this 23rd day of December, 2013.

/s/ *J. Kelsey Grodzicki*
J. KELSEY GRODZICKI
Georgia Bar No. 134259
Rubin Lublin LLC
3740 Davinci Court, Suite 150
Peachtree Corners, Georgia  30092
(770) 246-3324

CRAIG GOLDBLATT
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Ave., N.W. Washington, D.C. 20006
(202) 663-6000

*Counsel for Bank of America, N.A.*

Case 1:13-cv-03853-JEC   Document 13   Filed 01/02/14   Page 4 of 9
Case: 13-15839   Date Filed: 12/23/2013   Page: 4 of 5
Case 1:13-cv-03853-JEC   Document 9   Filed 12/23/13   Page 4 of 5

## FONT CERTIFICATION

The undersigned counsel for Bank of America, N.A. hereby certifies that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 23rd day of December, 2013.

/s/ *J. Kelsey Grodzicki*
J. KELSEY GRODZICKI
Georgia Bar No. 134259

*Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

Case 1:13-cv-03853-JEC   Document 13   Filed 01/02/14   Page 5 of 9
Case: 13-15839   Date Filed: 12/23/2013   Page: 5 of 5
Case 1:13-cv-03853-JEC   Document 9   Filed 12/23/13   Page 5 of 5

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of December, 2013, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

E.L. Clark
Clark & Washington, P.C.
Bldg. 3
3300 Northeast Expressway
Atlanta, Georgia 30341

/s/ J. Kelsey Grodzicki
J. KELSEY GRODZICKI
Georgia Bar No. 134259

*Counsel for Bank of America, N.A.*

Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(770) 246-3324 (Telephone)
(404) 601-5458 (Facsimile)
kgrodzicki@rubinlublin.com

Case 1:13-cv-03853-JEC   Document 13   Filed 01/02/14   Page 6 of 9
Case: 13-15839   Date Filed: 12/23/2013   Page: 1 of 1
Case 1:13-cv-03853-JEC   Document 8   Filed 12/23/13   Page 1 of 1

**13-15839C**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| PAMELA FAE PEELE, | |
| Debtor, | BANKRUPTCY CASE NO. |
| | 12-81760-WLH |
| BANK OF AMERICA, N.A., | |
| Appellant, | ADVERSARY NO. |
| vs. | |
| PAMELA FAE PEELE, | CIVIL ACTION FILE |
| Appellee. | NO. 1:13-cv-3853-JEC |

### JUDGMENT

This action having come before the court, Honorable Julie E. Carnes, United States District Judge, for consideration of appellant's Motion for Order Affirming Decision of Bankruptcy Court, and the Court having granted said motion, it is

**Ordered and Adjudged** that the Order Granting Motion to Determine Secured Status of Claim of Junior Lien Holder Bank of America, N.A. entered in the United States Bankruptcy Court for the Northern District of Georgia by Judge Wendy L. Hagenau on October 18, 2013 is **AFFIRMED**.

Dated at Atlanta, Georgia this 23rd day of December, 2013.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Denise D.M. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   December 23, 2013
James N. Hatten
Clerk of Court

By:*s/Denise D.M. McGoldrick*
   Deputy Clerk

Case 1:13-cv-03853-JEC   Document 13   Filed 01/02/14   Page 7 of 9
Case 1:13-cv-03853-JEC   Document 7   Filed 12/16/13   Page 1 of 1
Case: 13-15839   Date Filed: 12/23/2013   Page: 1 of 1

**13-15839 C**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>Pamela Fae Peele,<br><br>    Debtor. | Case No. 13-cv-03853-JEC |
| Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Pamela Fae Peele,<br><br>    Appellee. | |

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order Granting Motion to Determine Secured Status of Claim of Junior Lien Holder Bank of America, N.A., ("Order") entered by the United States Bankruptcy Court for the Northern District of Georgia (Hagenau, J.) in this matter on October 18, 2013 is hereby AFFIRMED.

Date: <u>Dec. 16</u>, 2013          /s/ Julie E. Carnes

                                                 United States District Court Judge
                                                 Julie E. Carnes

4

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

January 02, 2014

Craig Goldblatt
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006

Joseph Kelsey Grodzicki
Rubin Lublin, LLC
3740 DAVINCI CT STE 150
PEACHTREE CORNERS, GA 30092

Appeal Number: 13-15839-CC
Case Style: Bank of America Bank, NA v. Pamela Peele
District Court Docket No: 1:13-cv-03853-JEC
Secondary Case Number: 12-bkc-81760-WLH

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The referenced case has been docketed in this court. Please use the appellate docket number noted above when making inquiries.

Eleventh Circuit Rule 31-1 requires that APPELLANT'S BRIEF BE SERVED AND FILED ON OR BEFORE <u>February 3, 2014</u>. APPELLANT'S APPENDIX MUST BE SERVED AND FILED NO LATER THAN 7 DAYS AFTER FILING OF THE APPELLANT'S BRIEF. Motions for extensions of time to file a brief are frowned upon by the court.

This is the only notice you will receive concerning the due date for filing briefs and appendices. <u>See</u> Fed.R.App.P. 28, 30, 31, 32, the corresponding circuit rules and General Order 39, for further information. (In cross-appeals pursuant to Fed.R.App.P. 28(h), the party who first files a notice of appeal is the appellant unless the parties otherwise agree.)

Attorneys must file briefs electronically using the ECF system. Use of ECF does not modify the requirements of the circuit rules that counsel must also provide seven (7) paper copies of a brief to the court, nor does it modify the requirements of the circuit rules for the filing of appendices in a particular case.

Attorneys and pro se parties must file an appendix in conformance with 11th Cir. R. 30-1, 30-2 and General Order 39, available on the court's Web site. Pro se parties who are incarcerated are not required to file an appendix.

FRAP 26.1 and the accompanying circuit rules provide that the Certificate of Interested Persons and Corporate Disclosure Statement (CIP) must be filed by every appellant [and cross-appellant] with this court within 14 days after the date the appeal is docketed in this court, or along with the filing in this court by any party of any motion, petition, or pleading, whichever occurs first. The rules further provide that on the same day a certificate is electronically filed using the ECF system, the party filing it must also complete the court's web-based certificate at the Web-Based CIP link of the court's website. Pro se parties are **not required or authorized** to complete the web-based certificate.

Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding pursuant to 11th Cir. R. 46-1. In addition, all attorneys (except court-appointed counsel) who wish to participate in this appeal must complete and return an appearance form within fourteen (14) days. Application for Admission to the Bar and Appearance of Counsel Form are available on the Internet at www.ca11.uscourts.gov. The clerk may not process filings from an attorney until that attorney files an appearance form. See 11th Cir. R. 46-6.

11th Cir. R. 33-1(a) requires appellant to file a Civil Appeal Statement in most civil appeals. You must file a completed Civil Appeal Statement, with service on all other parties, within 14 days from the date of this letter. Civil Appeal Statement forms are available on the Internet at www.ca11.uscourts.gov, and as provided by 11th Cir. R. 33-1(a).

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso, C
Phone #: (404) 335-6177

DKT-7CIV Civil Early Briefing